UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Reyna,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | CIVIL NO. 1:25-CV-1293-ADA |
| **Social Security Administration,** | § § | |
| **Defendant.** | § § | |

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 4. The report recommends Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 3) be **GRANTED** and that the case be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 4.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Reyna filed objections on September 24, 2025. ECF No. 7. The Court has conducted a *de novo* review of the motion to proceed *in forma pauperis*, the complaint, the report and recommendation, the objection to the report and recommendation, and the applicable laws. After

that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane (ECF No. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Reyna's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 3) is **GRANTED** in accordance with the Report and Recommendation.

**IT IS FINALLY ORDERED** that the case be **DISMISSED WITH PREJUDICE** in accordance with the Report and Recommendation.

**SIGNED** this 1st day of October, 2025.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**